THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESLEY WENDELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PEP BOYS-MANNY, MOE & JACK OF DELAWARE LLC, a foreign profit corporation,<br><br>Defendant. | No.  2:25-cv-00311 TL<br><br>[~~PROPOSED~~] ORDER STAYING ACTION PENDING ARBITRATION<br><br>Noted for Hearing:   February 20, 2025 |

## ORDER

Based upon the Stipulated Motion to Stay Action Pending Arbitration, Dkt. 8, of the parties dated February 20, 2025, it is hereby ordered that the stipulated motion is GRANTED. It is further ORDERED as follows:

This action and all issues arising in connection with it shall be submitted to final and binding arbitration before either the American Arbitration Association ("AAA") or Judicial Arbitration and Mediation Services / Endispute ("JAMS") in accordance with the Mutual Agreement to Arbitrate Claims, as agreed upon by Plaintiff Wesley Wendell and Defendant Pep Boys-Manny, Moe & Jack of Delaware LLC and in accordance with the terms of the Mutual Agreement to Arbitrate Claims and the parties' stipulated motion. Neither party shall initiate arbitration before 60 days from the date of this order.

ORDER STAYING ACTION PENDING ARBITRATION - 1
(Case No. 2:25-cv-00311 TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1 | This action is to be removed from the Court's civil active case list, and any further
2 | proceedings in this action are stayed pending completion of arbitration in accordance with
3 | 9 U.S.C. § 3.
4 |     IT IS SO ORDERED this 20th day of February, 2025.

_____
Tana Lin
United States District Judge

Presented by:

| EMERY \| REDDY, PLLC | JACKSON LEWIS P.C. |
|---|---|
| By: *s/ Patrick B. Reddy*<br>Patrick B. Reddy, WSBA #34092<br>600 Stewart St., Suite 1100<br>Seattle, WA 98101<br>Telephone (206) 442-9106<br>reddyp@emeryreddy.com<br><br>Counsel for Plaintiff | By: *s/ Brian K. Keeley*<br>Brian K. Keeley, WSBA #32121<br>Jessica M. Cox, WSBA #53027<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>Telephone (206) 802-3802<br>Brian.Keeley@jacksonlewis.com<br>Jessica.Cox@jacksonlewis.com<br><br>Counsel for Defendant |

ORDER STAYING ACTION PENDING ARBITRATION - 2
(Case No. 2:25-cv-00311 TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

Patrick B. Reddy, WSBA #34092
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone (206) 442-9106
reddyp@emeryreddy.com

Counsel for Plaintiff

☒ via CM/ECF System
☒ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: _____

*With courtesy copies to*:

Celia Mongeluzi – celia@emeryreddy.com

DATED this 20th day of February, 2025.

_____
Lindsay Holzworth

ORDER STAYING ACTION PENDING ARBITRATION - 3
(Case No. 2:25-cv-00311 TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404