The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WESLEY WENDELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PEP BOYS – MANNY, MOE & JACK OF DELAWARE LLC, a foreign profit corporation,<br><br>Defendants. | No. 2:25-cv-00311-TL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>[<u>CLERK'S ACTION REQUIRED</u>] |

Plaintiff Wesley Wendell and Defendant Pep Boys – Manny, Moe & Jack of Delaware LLC, hereby stipulate and agree to request that the Court dismiss this action with prejudice and without an award of attorneys' fees or costs to either party.

Respectfully submitted this 17th day of June, 2026.

**EMERY | REDDY, PC**

By: */s/ Patrick B. Reddy*
Patrick Reddy, WSBA No. 34092
Emery | Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com

**JACKSON LEWIS P.C.**

By: */s/ Brian Keeley*
Brian Keeley, WSBA No. 32121
Jessica M. Cox, WSBA No. 53027
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Phone: (206) 802-3802
Fax: (206) 802-3802
Email: brian.keeley@jacksonlewis.com

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 1

No. 2:25-cv-00311-TL

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Email: jessica.cox@jacksonlewis.com

*Attorney for Plaintiff*

*Attorneys for Defendant*

[PROPOSED] **ORDER**

Based on the stipulation of the parties, the Court hereby ORDERS that this action is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

The Clerk of the Court is directed to dismiss this case in its entirety.

DATED this 18th day of June, 2026.

_____
TANA LIN, UNITED STATES DISTRICT JUDGE

Presented by:

**EMERY | REDDY, PC**

By: */s/ Patrick B. Reddy*
Patrick Reddy, WSBA No. 34092
Emery | Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com

*Attorney for Plaintiff*

**JACKSON LEWIS P.C.**

By: */s/ Brian Keeley*
Brian Keeley, WSBA No. 32121
Jessica M. Cox, WSBA No. 53027
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Phone: (206) 802-3802
Fax: (206) 802-3802
Email: brian.keeley@jacksonlewis.com
Email: jessica.cox@jacksonlewis.com

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 2

No. 2:25-cv-00311-TL

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711